**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 116 EAL 2016
                                     :
              Respondent         :
                                       :   Petition for Allowance of Appeal from
                                       :   the Order of the Superior Court
          v.                      :
                                       :
                                       :
ALFRED DILL,                         :
                                       :
             Petitioner           :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 19th day of July, 2016, the Petition for Allowance of Appeal is **DENIED**.